[No. 47195-7-II. Division Two. March 22, 2016.]

JOSEPH R. AMEDSON, *Respondent*, v. PUGET SOUND ELECTRIC COMPANY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-06699-1, Gerald T. Costello, J., entered December 31, 2014. *Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 47313-5-II. Division Two. March 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSH THOMAS EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-02322-7, David E. Gregerson, J., entered February 20, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Maxa, J., concurred in by Worswick and Melnick, JJ.

[No. 33246-2-III. Division Three. March 22, 2016.]

*In the Matter of the Personal Restraint of* ROBERT MARTINEZ, JR., *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Pennell, J.

[Nos. 31227-5-III; 31338-7-III. Division Three. March 24, 2016.]

*In the Matter of the Personal Restraint of* ALEKSANDR PAVLIK, *Petitioner*.

Petitions for relief from personal restraint. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.